## 543 Bar, Inc. Liquor License Case.

Argued December 11, 1962. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Russell C. Wismer,* Special Assistant Attorney General, with him *George G. Lindsay,* Assistant Attorney General, and *David Stahl,* Attorney General, for Pennsylvania Liquor Control Board, appellant.

*Samuel M. Brodsky,* with him *Sidney Schwartz,* for appellee.

OPINION PER CURIAM, March 20, 1963:

The order of the Court of Quarter Sessions of Philadelphia County is affirmed on the opinion of President Judge GOLD, for the court below, reported at 29 Pa. D. & C. 2d 421.